# MINUTES OF PROCEEDINGS
United States District Court, Northern District of Ohio, Eastern Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | DATE: JANUARY 17, 2007 |
| Plaintiff(s), | CASE NO. 1:06CR290-001 |
| vs. | JUDGE PATRICIA A. GAUGHAN |
| Muhammed Dye, | COURT REPORTER: SHIRLE PERKINS |
| Defendant(s). | |

TRIAL TO ___ COURT  ✓ JURY

✓ OPENING STATEMENTS OF COUNSEL

PLTF'S CASE ✓ BEGUN ☐ CONTINUED & ✓ NOT CONCLUDED ☐ CONCLUDED

DEFT'S CASE ☐ BEGUN ☐ CONTINUED & ☐ NOT CONCLUDED ☐ CONCLUDED

✓ TESTIMONY TAKEN (see witness list) Scott Wilson; Edw. Smiley 4

☐ REBUTTAL OF PLTF      ☐ SURREBUTTAL OF DEFT

☐ FINAL ARGUMENTS      ☐ CHARGE TO THE JURY

✓ ADJOURNED UNTIL  1-18-07  AT  9:00 a

6-0 Louis.

☐ EXHIBITS LOCATED IN _____

☐ EXHIBITS RETURNED TO COUNSEL

Patricia A. Gaughan, U.S. District Court Judge